UNITED STATES DISTCIT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| PATRICIA D. BROWN, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | FILED: MAY 14, 2008 |
| | ) | | 08CV2833         LI |
| ORIZON DIAGNOSTICS, LLC | ) | | JUDGE    CONLON |
| | ) | | MAGISTRATE   JUDGE MASON |
| Defendant. | ) | | |
| | ) | | |

## COMPLAINT

Plaintiff, PATRICIA D. BROWN, by and through her counsel, Trent A. McCain of McCAIN LAW OFFICES, P.C., complaining of Defendant ORIZON DIAGNOSTICS, LLC, alleges and says:

### PARTIES

1. Plaintiff, PATRICIA D. BROWN, is a citizen of the United States and a resident of Gary, Lake County, Indiana. She is an African American. Plaintiff's date of birth is October 7, 1943.

2. Defendant, ORIZON DIAGNOSTICS, LLC, is a voluntarily dissolved limited liability company with its principal place business, at all times relevant, in Cook County, Illinois.

3. At all times material hereto, Defendant was engaged in an industry affecting commerce and had 20 or more employees for each working day in each of 20 or more calendar weeks in the then current or proceeding calendar year.

1

## BACKGROUND FACTS

4. Beginning on July 17, 2006, Plaintiff was employed by Defendant as a cytotechnologist.

5. Prior to that date, Plaintiff worked for Defendant's predecessor, Ingalls Memorial Hospital, in its Cytology Department.

6. At all times, Plaintiff performed all of the duties assigned her in a professionally competent manner, faithfully followed all reasonable instructions given her by her supervisors, and abided by all the rules and regulations of the Defendant.

7. On August 29, 2006, Defendant discharged Plaintiff.

8. At the time of her discharge, Plaintiff was sixty-two (62) years of age.

## COUNT I:
## AGE DISCRIMINATION

1-8. Plaintiff restates and realleges paragraphs 1-8 above as paragraphs 1-8 of Count I, as though fully recited herein.

9. This action is brought for violations of The Age Discrimination in Employment Act of 1974 ("ADEA"), 29 U.S.C. § 621, *et seq.* Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1343 (a)(4) and 1331, because this complaint is filed for a violation of Federal Law, 29 U.S.C. § 623 (a)(1).

10. Plaintiff's discharge was motivated by Defendant's intent to discriminate against Plaintiff on the basis of her age.

11. Plaintiff's discharge had the effect solely of discrimination by Defendant against Plaintiff on the basis of her age.

12. By discharging Plaintiff, Defendant violated the provisions of 29 U.S.C. § 623(a)(1), which make it unlawful for an employer "to discharge any individual or

otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's age."

13. On or about October 17, 2006, Plaintiff filed a charge alleging unlawful discrimination on the basis of age against Defendant with the Illinois Department of Human Rights, as required by 29 U.S.C. § 626(d). (Attached hereto as Exhibit A.)

14. On February 19, 2008, Plaintiff received a letter, dated February 8, 2008, from the Equal Employment Opportunity Commission ("EEOC") notifying her that the EEOC was terminating its processing of the charge and that she had ninety (90) days to file suit. (Attached hereto as Exhibit B).

15. Proximately, directly, and solely as a result of Defendant's discrimination against Plaintiff on account of her age, Plaintiff has suffered damages consisting of loss of salary and other compensation, and injuries from embarrassment, humiliation, and anxiety.

16. Defendant's conduct complained herein was willful, malicious, oppressive, wanton, and heedlessly in disregard of Plaintiff's rights, and accordingly Plaintiff is entitled to recover both punitive damages and statutory liquidated damages of the Defendant.

17. Plaintiff is suffering continuing and immediate irreparable injury, for which she has no adequate remedy at law, by being deprived of her position of employment with Defendant, so that she is entitled to injunctive order of reinstatement.

WHEREFORE, Plaintiff, PATRICIA D. BROWN, prays the Court will:

A. Enter an injunction against Defendant ordering Defendant to reinstate Plaintiff as an employee, and thereafter not to discriminate against her on the basis of her age, or alternatively that the Plaintiff be awarded front pay.

B.     Award Plaintiff all monetary damages to which she is entitled, including compensatory damages, punitive damages, and statutory liquidated damages.

C.     Award Plaintiff reasonable attorneys' fees and the costs of this action, to be taxed against the Defendant.

D.     Grant Plaintiff such other relief as to the Court may seem just and proper.

## COUNT II:
## RACE DISCRIMINATION

1-8.    Plaintiff restates and realleges paragraphs 1-8 of Count I as paragraphs 1-8 of Count II, as though fully recited herein.

9.    This action is brought for violations of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et seq*. and 42 U.S.C. § 1981. Jurisdiction of this Court is founded upon 28 U.S.C. § 1343(a)(3) and (4). This Court has supplementary jurisdiction over the common law claim pled in this complaint.

10.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) as, on information and belief, the Defendant resides in this District and the facts giving rise to this cause of action occurred in this District.

11.    By virtue of the foregoing, Defendant has subjected Plaintiff to discrimination in the terms and conditions of his employment based upon his race in violation of Title VII and 42 U.S.C. § 1981.

12.    As a result of this violation, Plaintiff has suffered emotional distress, humiliation, degradation, her job, and other damages of both a pecuniary and non-pecuniary nature.

13.    In light of Defendant's failure to take any remedial action at all, its conduct is willful and malicious warranting the imposition of punitive damages.

14.     On or about October 17, 2006, Plaintiff filed a charge alleging unlawful discrimination on the basis of race against Defendant with the Illinois Department of Human Rights, as required by 29 U.S.C. § 626(d).  (Attached hereto as Exhibit A.)

15.     On February 19, 2008, Plaintiff received a letter, dated February 8, 2008, from the Equal Employment Opportunity Commission ("EEOC") notifying her that the EEOC was terminating its processing of the charge and that she had ninety (90) days to file suit.  (Attached hereto as Exhibit B).

WHEREFORE, Plaintiff, PATRICIA D. BROWN, prays the Court will:

A.     Enter an injunction against Defendant ordering Defendant to reinstate Plaintiff as an employee, and thereafter not to discriminate against her on the basis of her race, or alternatively that the Plaintiff be awarded front pay.

B.     Award Plaintiff all monetary damages to which she is entitled, including compensatory damages, and punitive damages.

C.     Award Plaintiff reasonable attorneys' fees and the costs of this action, to be taxed against the Defendant.

D.     Grant Plaintiff such other relief as to the Court may seem just and proper.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

Respectfully submitted,

**PATRICIA D. BROWN**

 /s Trent A. McCain
Plaintiff's Attorney

Trent A. McCain
McCain Law Offices, P.C.
5655 Broadway
Merrillville, IN 46410
(219) 884-0696 phone
(219) 884-0692 fax
TAM@McCainLawOffices.com

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>07W0907.15 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2007CA1319 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME (indicate Mr. Ms. Mrs.)<br>Patricia D. Brown | | HOME TELEPHONE (include area code)<br>(219) 985-1315 | |
|---|---|---|---|
| STREET ADDRESS<br>234 West 46th Avenue | CITY, STATE AND ZIP CODE<br>Gary, IN 46408 | DATE OF BIRTH<br>10/07/43 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>Orizon Diagnostics | NUMBER OF EMPLOYEES,<br>MEMBERS 15+ | TELEPHONE (Include area code)<br>(630) 321-1566 |
|---|---|---|
| STREET ADDRESS<br>102 East Chestnut Avenue | CITY, STATE AND ZIP CODE<br>Westmont, IL 60559 | COUNTY<br>DuPage |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>AGE    RACE | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br>08/29/06<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheet)

I.  A.  ISSUE/BASIS

   DISCHARGE – AUGUST 29, 2006, BASED ON MY RACE, BLACK

   B.  PRIMA FACIE ALLEGATIONS

   1.  My race is black.

   2.  My job performance met Respondent's legitimate expectations. Respondent assumed me as an employee on July 17, 2006, when they assumed responsibility of the Cytology Department at Ingalls Hospital.

Continued...

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS<br>_Le Juana McGee_  10-17 2006<br>NOTARY SIGNATURE     MONTH DATE-YEAR |
|---|---|
| LE JUANA MCGEE<br>Lake County<br>My Commission Expires<br>January 3, 2014<br><br>NOTARY SEAL | x _Patricia D. Brown_  10·17·2006<br>SIGNATURE OF COMPLAINANT    DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)                          "return this copy"

Complainant: Patricia D. Brown

Charge Number: 2007CA

Page 2

    3.    On July 17, 2006, I was placed on probation. On August 29, 2006, Respondent discharged me. The reason given by Respondent for my discharge was that I failed to perform at an acceptable level as a primary screening Cytotechnologist during my probationary period.

    4.    Respondent put a non-black, less experienced individual in my position.

II.    A.    ISSUE/BASIS

    **DISCHARGE – AUGUST 29, 2006, BASED ON MY AGE, 62**

    B.    PRIMA FACIE ALLEGATIONS

    1.    My age at the time of my discharge was 62.

    2.    My job performance met Respondent's legitimate expectations. Respondent assumed me as an employee on July 17, 2006, when they assumed responsibility of the Cytology Department at Ingalls Hospital.

    3.    On July 17, 2006, I was placed on probation. On August 29, 2006, Respondent discharged me. The reason given by Respondent for my discharge was that I failed to perform at an acceptable level as a primary screening Cytotechnologist during my probationary period.

    4.    Respondent put a younger, less experienced individual in my position.

MEE/JJT

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:  Patricia D. Brown
234 W 46th Ave
Gary, IN 46408

From:  Chicago District Office
500 West Madison St
Suite 2800
Chicago, IL 60661

**CERTIFIED MAIL 7099 3400 0014 4054 3171**

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2007-00380 | Armernola P. Smith, State & Local Coordinator | (312) 886-5973 |

**NOTICE TO THE PERSON AGGRIEVED:**   *(See also the additional information enclosed with this form.)*

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u>** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe*                                  2/8/2008

Enclosures(s)           John P. Rowe,                  (Date Mailed)
District Director

cc:    ORIZON DIAGNOSTICS LLC

**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7099 3400 0014 4054 3171**
Status: **Delivered**

Your item was delivered at 1:52 PM on February 19, 2008 in WAUKEGAN, IL 60085.

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA