## *United States District Court for the Northern District of Illinois*

Case Number:    08CV2833        Assigned/Issued By:   DAJ

Judge Name:    CONLON        Designated Magistrate Judge:   MASON

---

### FEE INFORMATION

***Amount Due:***    ☐ $350.00     ☐ $39.00     ☐ $5.00

              ☐ IFP         ☐ No Fee     ☐ Other _____

              ☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                          ☐ Alias Summons

☐ Third Party Summons           ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____

☐ Citation to Discover Assets            _____

                                       (Victim, Against and $ Amount)

☐ Writ _____

        (Type of Writ)

1 ___ Original and 1 _____ copies on 06/19/08 _____ as to ORIZON DIAGNOSTICS _____

                                     (Date)

_____

_____