## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2833 | **DATE** | 6/19/2008 |
| **CASE TITLE** | PATRICIA D. BROWN vs. ORIZON DIAGNOSTICS, LLC | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to July 22, 2008 at 9:00 a.m. Plaintiff shall notify defendant in writing of the next status date.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|