# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Patricia D. Brown

V.

Orizon Diagnostics, LLC

CASE NUMBER: 08 CV 2833

ASSIGNED JUDGE: Suzanne B. Conlon

DESIGNATED MAGISTRATE JUDGE: Michael T. Mason

TO: (Name and address of Defendant)

Orizon Diagnostics, LLC c/o Its Registered Agent, Steven M. Harris, 640 N LaSalle St Ste 590, Chicago, IL 60610

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Trent A. McCain
McCain Law Offices, P.C.
5655 Broadway
Merrillville, IN 46410

an answer to the complaint which is herewith served upon you, within ~~30~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 1 9 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 06-19-08 AT 11:50 A.M. |
| NAME OF SERVER (PRINT) BARRY SAVAGE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): SERVED DEFENDANT ORIZON DIAGNOSTICS, LLC BY SERVING JAMIE BOCHENER, SECRETARY AND AUTHORIZED AGENT AT 640 N. LASALLE SUITE#590, CHICAGO, IL 60610. FEMALE, WHITE, 30YRS., 5'4", 160LBS., BROWN HAIR, GLASSES.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $70 — | $70 — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   06-21-08
                    Date

Signature of Server
#0129-269087

LEGAL DOCUMENT MANAGEMENT, INC.
Address of Server  79 W. MONROE STREET, STE. 1020
CHICAGO, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.