# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2833 | **DATE** | 7/22/2008 |
| **CASE TITLE** | PATRICIA D. BROWN vs. ORIZON DIAGNOSTICS, LLC | | |

**DOCKET ENTRY TEXT**

Status hearing held. A technical default is entered against defendant Orizon Diagnostics, LLC for failure to answer or otherwise plead to the complaint.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | | Courtroom Deputy Initials: | WH |
|---|---|---|---|