**UNITED STATES DISTCIT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICIA D. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-02833 |
| | ) | |
| ORIZON DIAGNOSTICS, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR DEFAULT JUDGMENT**

Comes now PATRICIA D. BROWN, by her attorney, Trent A. McCain of McCAIN LAW OFFICES, P.C. and requests the Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of a judgment by default against ORIZON DIAGNOSTICS, LLC and to schedule a prove-up hearing to determine the amount of said judgment.  In support of this request, Plaintiff relies upon the record in this case and the affidavit submitted herein.

Respectfully submitted,

**PATRICIA D. BROWN**


**/s Trent A. McCain**
Plaintiff's Attorney

Trent A. McCain
McCain Law Offices, P.C.
5655 Broadway
Merrillville, IN 46410
(219) 884-0696 phone
(219) 884-0692 fax
TAM@McCainLawOffices.com

**UNITED STATES DISTCIT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICIA D. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-02833 |
| | ) | |
| ORIZON DIAGNOSTICS, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

I, TRENT A. McCAIN, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1.    I am the attorney for the plaintiff in this action.

2.    Complaint was served upon the defendant on June 19, 2008 (See Document No. 9), no response has been served within the time limit allowed by law nor has defendant sought additional time within which to respond, and Default has entered against the defendant, ORIZON DIAGNOSTICS, LLC.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Attorney for Plaintiff

Sworn to and subscribed before me this
23rd day of July, 2008.

_____
NOTARY PUBLIC

Notary Public
Seal
State of Indiana
Akilia D. T. McCain
Commission Expires Oct. 7, 2011