UNITED STATES DISTCIT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA D. BROWN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:08-cv-02833 |
| ORIZON DIAGNOSTICS, LLC | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF MOTION**

**TO:**     **(NO COUNSEL OF RECORD)**

     **PLEASE TAKE NOTICE** that on **August 4, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Suzanne B. Conlon, or any judge sitting in her stead, in the courtroom 1743 usually occupied by her in the United States District Court, 219 South Dearborn, Chicago, IL 60604, and then and there present Plaintiff's motion for default judgment, a copy of which is furnished herewith.

                                Respectfully submitted,

                                **McCAIN LAW OFFICES, P.C.**

                                /s Trent A. McCain
                                Plaintiff's Attorney

Trent A. McCain
McCain Law Offices, P.C.
5655 Broadway
Merrillville, IN 46410
(219) 884-0696
(219) 884-0692 fax
TAM@McCainLawOffices.com