IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA D. BROWN, | ) |
| Plaintiff, | ) Case No. 08 CV 2833 |
| v. | ) Judge Conlon |
| ORIZON DIAGNOSTICS, LLC, | ) Magistrate Judge Mason |
| Defendants. | ) |

## NOTICE OF MOTION

TO: Trent A. McCain, Esq.
McCain Law Offices, P.C.
5655 Broadway
Merrillville, IN 46410

PLEASE TAKE NOTICE THAT on Thursday, July 31, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Suzanne B. Conlon in Courtroom 1743 or the courtroom usually occupied by her in the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and shall then and there present our **Motion to Vacate Technical Default and for Leave to Answer or Otherwise Plead to Plaintiff's Complaint,** a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: /s/ Clay M. Ullrick
    Attorney for Defendant

Tom H. Luetkemeyer, Esq.
Clay M. Ullrick, Esq.
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
(312) 704-3000

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, certify that I filed this Notice of Motion and document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to the counsel of record listed above on this 25th day of July, 2008.

    /s/ Clay M. Ullrick