# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2833 | **DATE** | 7/31/2008 |
| **CASE TITLE** | PATRICIA D. BROWN vs. ORIZON DIAGNOSTICS, LLC | | |

**DOCKET ENTRY TEXT**

Defendant's motion to vacate technical default and for leave to answer or otherwise plead to plaintiff's complaint [16] is entered and continued to August 7, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-02833    Document 18    Filed 07/31/2008    Page 1 of 1

08C2833 PATRICIA D. BROWN vs. ORIZON DIAGNOSTICS, LLC    Page 1 of 1