# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2833 | **DATE** | 8/04/08 |
| **CASE TITLE** | PATRICIA D. BROWN vs. ORIZON DIAGNOSTICS, LLC | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for default judgment [11] is entered and continued to August 7, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|