# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2833 | **DATE** | 8/7/2008 |
| **CASE TITLE** | PATRICIA D. BROWN vs. ORIZON DIAGNOSTICS, LLC | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's failure to appear is noted. Defendant's unopposed motion to vacate technical default [16] is granted. Defendant is granted leave to file its answer instanter. Plaintiff's motion for default judgment is withdrawn. Parties shall comply with FRCP 26(a)(1) by August 18, 2008. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on December 5, 2008. Submission of the joint final pretrial order and agreed pattern jury instructions is set on January 21, 2009 at 9:00 a.m.; plaintiff shall submit draft to defendant by January 14, 2009. The case is placed on the February trial calendar. THESE ARE FIRM DATES.

*Suzanne B. Conlon*
Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | WH |
|---|---|---|